**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Steven R. HARDY, Defendant– Appellant.**

**No. 08–16523**

**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Oct. 14, 2009.

Todd B. Grandy, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Steven R. Hardy, Coleman, FL, pro se.

Before EDMONDSON, MARCUS and ANDERSON, Circuit Judges.

PER CURIAM:

Leonard Clark, appointed counsel for Steven R. Hardy, has filed a motion to withdraw on appeal and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the district court's denial of § 3582(c)(2) relief is **AFFIRMED.**